FILED
March 14, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:10-cr-00477 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| ANTHONY MONTANO, | ) | |
| | ) | |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  Anthony Montano; Case 2:10-cr-00477 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___     Release on Personal Recognizance

_X_     Unsecured Appearance Bond in the amount of $100,000, co-signed by Judy Fagan, Nicole Montano, Melody Clem, Dan Russell, and Judy Russell.

_X_     Bond to also be secured by all available equity in the real property owned by Mary and Morris Montano.

_X_     (Other) Pretrial Supervision/Conditions. **Defendant to be released to Pretrial Services on 3/15/2011 at 9:00 AM to attend The Effort substance abuse treatment program.**

Issued at  Sacramento, CA  on     3/14/2011      at  1:07 pm.

By _____
Kendall J. Newman
United States Magistrate Judge