```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-477-LKK-2 |
| Plaintiff, ) | STIPULATION AND ORDER TO VACATE CONDITION OF RELEASE THAT REQUIRES COGNITIVE BEHAVIOR TREATMENT |
| v. ) | |
| ANTHONY MONTANO (2), ) | Judge: Hon. Kendall J. Newman |
| Defendant. ) | |

The United States of America, by Michael D. Anderson, Assistant United States Attorney, together with defendant, Anthony Montano, by counsel, Michael Petrik, Jr., stipulate that the Court should vacate condition of release 16, which reads "Upon completion of the residential program, you shall participate in a cognitive behavior treatment program as directed by the pretrial services officer.  Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."

/ / /

/ / /

/ / /

1

The parties stipulate based upon the recommendation of Mr. Montano's Pretrial Services Officer.  All other conditions of release will remain in effect.


Dated: October 28, 2011          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender

Dated: October 28, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for
                                 _____
                                 MICHAEL D. ANDERSON
                                 Assistant U.S. Attorney


**O R D E R**

For the reasons stated above, the Court vacates condition of release 16, which reads "Upon completion of the residential program, you shall participate in a cognitive behavior treatment program as directed by the pretrial services officer.  Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."  All other conditions of release will remain in effect.

Dated:  October 28, 2011




                                 _____
                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE