UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTHONY MONTANO,<br><br>   Defendant. | No. 2:10-CR-00477-MCE<br><br>**ORDER** |

   Defendant's unopposed Motion for Early Termination of Supervised Release (ECF No. 302) is GRANTED.

   IT IS SO ORDERED.

Dated: May 1, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1